# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADALBERTO SOLIS,<br><br>         Plaintiff,<br><br>    v.<br><br>PORTILLO,<br><br>         Defendant. | Case No. 1:20-cv-00048-AWI-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF NO. 20)<br><br>FOURTEEN-DAY DEADLINE<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO COUNTY COUNSEL DANIEL C. CEDERBORG |

   Adalberto Solis ("Plaintiff") is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   Defendant executed a waiver of service of summons (ECF No. 20), but failed to file a responsive pleading within the time period laid out in the waiver.

   To date, Plaintiff has not filed a request for entry of default.  See Fed. R. Civ. P. 55(a). Therefore, the Court will order Plaintiff to file a request for entry of default.

   Accordingly, it is HEREBY ORDERED that:

   1. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall file a request for entry of default; and

\\\

\\\

\\\

1

2. The Clerk of Court is directed to send a copy of this order to County Counsel Daniel C. Cederborg at 2220 Tulare St, Fifth Floor, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **March 29, 2021**                                    /s/ *Eric P. Grojean*
                                                                                  UNITED STATES MAGISTRATE JUDGE